THE PEOPLE OF THE STATE OF NEW YORK ex rel. OPAL C. MEADOWS, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, NEW YORK STATE BOARD OF PAROLE, and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MERLE N. FOGG and CHARLES A. DIEHR, Defendants.— Defendants have appealed from a judgment of the Schenectady County Court convicting them of the crime of grand larceny in the first degree. The indictment charges that they obtained from the complainant by the aid of false and fraudulent representations the sum of $3,500. The evidence supports the verdict of the jury. Judgment of conviction affirmed. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.

## FIRST DEPARTMENT, SEPTEMBER, 1939.
### (September 16, 1939.)

In the Matter of the Application of GEORGE W. THOMPSON, Petitioner, Respondent, Appellant, against THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and EDWIN CORR, the Objector Herein, Appellant, Respondent, for an Order Declaring Valid, Proper and Legally Effective the Designating Petition Filed with the Board of Elections of the City of New York, Designating Persons as Members of the County Committee of the Twelfth Assembly District, which Designating Petition is Known as the "Thompson Petition," Containing the Following Committee to Fill Vacancies: — George W. Thompson, 591 First Avenue, New York City, Charles J. Carroll, 551 Third Avenue, New York City, Henry Silverman, 304 E. 41st Street, New York City.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM M. STRANG, Petitioner, Appellant, for the Determination by the Court as to the Designating Petition for County Committee in the 13th Assembly District, New York County, Election Districts 1 to 40, Inclusive, Which Petitions Designate William Sullivan, Lester W. Easton and Louise M. Jackson as a Committee to Fill Vacancies.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES FITZPATRICK, Petitioner, Appellant, to Direct the Board of Elections of the City of New York to Strike Out and Remove from the Records of Said Board of Elections the Nomination of Candidates for the Party Position of Democratic County Committeemen for the 11th Assembly District, New York County, Referred to in the Papers Hereto Annexed as the Hilly Petition Heretofore Filed in the Office of the Said Board of Elections on August 15, 1939, on the Grounds Specified in the Fitzpatrick Petition and the Papers Annexed Thereto Now on File in the Supreme Court of New York County, and to Restrain Said Board of Elections from Printing Such Names on the Ballot to Be Used at the Primary Election to Be Held on September 19, 1939, and for Such Other and Further Relief as May Be Proper.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.